UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mj-03435-Goodman

UNITED STATES OF AMERICA

v.

JEFFREY DIAZ and
LAMAR M. THORNTON,

    Defendants.
_____/

## COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?__ Yes  X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Bertila Fernandez*
BERTILA LILIA FERNÁNDEZ
Assistant United States Attorney
Fla. Bar No. 124092
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9099
Bertila.Fernandez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 20-mj-03435-Goodman |
| Jeffrey Diaz and | ) |
| Lamar M. Thornton | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 4, 2020  in the county of  Miami-Dade  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. §§ 2119(1) and 2 | Carjacking |
| 18 U.S.C. §§ 924(c) and 2 | Possession of a firearm in furtherance of a crime of violence |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Mendel Corneille, SA ATF
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date: 8/20/2020

*Judge's signature*

City and state:  Miami, Florida   Jonathan Goodman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mendel Corneille, being duly sworn, depose and state as follows:

1. I am currently a Special Agent with the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed with ATF since May 2019. Prior to that, I was employed as a Deputy Marshal with the United States Marshals Service (USMS) for one (1) year, and a Military Police Officer in the United States Army for eight (8) years.

2. As an ATF Special Agent, I am responsible for investigating violations of federal law pertaining to the illegal possession and use of firearms, use of firearms while distributing narcotics, and trafficking of firearms. I have participated in investigations involving the illegal possession of firearms by prohibited persons and the unlawful exportation of firearms.

3. On or about, January 4, 2020, at approximately 9:30 a.m., law enforcement responded to reports of an armed carjacking that occurred at 901 East 8th Avenue, Hialeah, Florida. Upon arrival to the scene, law enforcement spoke with the Victim.

4. According to the Victim, the Victim was sleeping inside his white Toyota Corolla ("Toyota") in an alley behind a Little Caesar's Pizza when two men approached his car. Both men were carrying guns.

5. The Victim's front driver side and passenger side windows were open. One man stood outside the driver side window, and the other man stood outside the passenger side window. The men shook the Victim awake and screamed at him to get out of the car, all while pointing their guns at his head.

6. Law enforcement identified the men as Jeffrey Diaz ("DIAZ") and Lamar M. Thornton ("THORNTON").

7. DIAZ, who had been standing outside the driver side window, forcibly removed the Victim from the Toyota, took his cell phone, and pistol-whipped him.

8. DIAZ and THORNTON both entered the Toyota and drove off. As they drove off, the Victim saw DIAZ and THORNTON put on Halloween-like masks.

9. The Victim, who no longer had a cell phone, went to a gas station located near the area where the carjacking occurred and asked the store clerk to call 911. When law enforcement arrived at the scene, the Victim provided a statement detailing what occurred during the carjacking.

10. Law enforcement issued a "Be on the Lookout" or "BOLO" for the Toyota, specifying the vehicle's make, model, year, and tag number and a physical description of DIAZ and THORNTON. Later that same day, law enforcement located the Toyota, based on the BOLO, in an apartment complex parking lot, located at 5200 NW 27th Avenue, Miami, Florida.

11. Law enforcement observed THORNTON walk toward the Toyota, open the driver side door, remove a black sweater, and walk back toward the apartment buildings. Soon thereafter, law enforcement saw DIAZ repeatedly entering and exiting the Toyota. THORNTON, wearing what appeared be the black sweater he had previously removed from the Toyota, returned to the Toyota and spoke with DIAZ, before returning to the apartment buildings. DIAZ remained inside the Toyota.

12. Law enforcement saw THORNTON leaving the apartment complex on his bicycle. Once he was outside of the apartment complex, law enforcement stopped and detained him.

13. Law enforcement also approached the parked Toyota and arrested DIAZ, who was inside the car.

14. Inside DIAZ's right front pocket, law enforcement discovered a loaded Glock. Additionally, while taking inventory of DIAZ's property, law enforcement discovered a second

car key. The Victim identified the second car key as belonging to him and stated that the car key was inside the car at the time of the carjacking. Inside the Toyota, law enforcement discovered two iPhones, the Victim's and DIAZ's, and a clear extended magazine.

15. Law enforcement showed the Victim two six-pack photo arrays, one for DIAZ and one for THORNTON. The Victim positively identified DIAZ and THORNTON in their respective six-pack photo arrays as the individuals that carjacked him on January 4, 2020.

16. The Victim's Toyota was manufactured outside the State of Florida and prior to the carjacking had been transported in interstate and foreign commerce.

17. Based on the foregoing, I submit that there is probable cause to believe that on or about January 4, 2020, DIAZ and THORNTON committed carjacking, in violation of Title 18, United States Code, Sections 2119(1) and 2 and possession of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Sections 924(c) and 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MENDEL CORNEILLE
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this 20th day of August, 2020.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES CHIEF MAGISTRATE JUDGE

3